NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

MARSHA L. PAYTON,
*Petitioner,*

v.

DEPARTMENT OF HOMELAND SECURITY,
*Respondent.*

---

2012-3193

---

Petition for review of the Merit Systems Protection Board in case no. AT1221120080-W-1.

---

ON MOTION

---

ORDER

Marsha L. Payton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 0 7 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Marsha L. Payton
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 7 2012

JAN HORBALY
CLERK